

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
—–—
Telephone (212) 209-3933
Facsimile (212) 209-7102

June 18, 2024

> Application **GRANTED**. The parties shall file their settlement materials for judicial approval by **July 19, 2024.** All other conferences and deadlines are **ADJOURNED**, sine die. So Ordered.
>
> Dale E. Ho
> United States District Judge
> Dated: June 18, 2024
> New York, New York

**VIA ECF**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Yair Rosales Garcia v. Noah's Ark Bagels Corp., *et. al.*
    Case No.:    24 Civ. 3235 (DEH)

Dear Judge Ho,

    We are counsel to the plaintiff in the above referenced Fair Labor Standards Act matter. Please accept this letter as the parties' joint status report for purposes of advising that the parties have reached a settlement in principle to resolve all of plaintiff's claims, during court-annexed mediation. As such, the parties respectfully request that all outstanding deadlines be adjourned *sine die*, and that the parties be given thirty (30) days to submit their settlement to the Court for approval.

        Respectfully submitted,
        CILENTI & COOPER, PLLC

    By:   /s/ Peter Hans Cooper
           Peter Hans Cooper

cc:    All counsel of Record (Via ECF)